# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Susan E. Bindler**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

July 2, 2026

Clerk, U.S. District Court, District of South Dakota
U.S. DISTRICT COURT
District of South Dakota
Room 405
Post Office & U.S. Courthouse
Pierre, SD  57501-0000

RE:  25-3136  David Timmons v. Alejandro Reyes, et al

Dear Clerk:

Enclosed is a copy of a letter from the Supreme Court stating certiorari has been filed in the referenced case.

Susan E. Bindler
Clerk of Court

DAK

Enclosure(s)

District Court/Agency Case Number(s):   3:24-cv-03017-RAL

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

June 29, 2026

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Room 24.329
St. Louis, MO  63102-1125

      Re:  David Paul Timmons
           v. Alex Reyes, Warden, et al.
           No. 25-7688
           (Your No. 25-3136)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on February 23, 2026 and placed on the docket June 29, 2026 as No. 25-7688.

Sincerely,

**Scott S. Harris**, Clerk

by

Rashonda Garner
Case Analyst