**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

**MEMORANDUM**

**TO:** Clerk, U.S. District Court, District of South Dakota

**FROM:** Susan E. Bindler, Clerk of Court

**DATE:** October 6, 2026

**RE:** 25-3136 David Timmons v. Alejandro Reyes, et al

District Court/Agency Case Number(s): 3:24-cv-03017-RAL

---

Enclosed is a letter received from the United States Supreme Court stating that an order has been filed denying certiorari in the above case.

DAK

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 5, 2026

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Room 24.329
St. Louis, MO 63102-1125

Re: David Paul Timmons
v. Alex Reyes, Warden, et al.
No. 25-7688
(Your No. 25-3136)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

[signature]

**Scott S. Harris**, Clerk